**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| JOSE LUIS ARRIAGA, GUADALUPE ARRIAGA, | NO. 09-36127 JUDGE: Squires |
| DEBTOR | |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents Bank of America as successor by merger to BAC Home Loans Inc. in your Chapter 13 case number 09-036127.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  As of 07/7/2011, the post-petition sums due and collectable are as follows:

06/2011 – 07/2011 monthly payments at $1,865.01 each    = $    1,865.01

TOTAL    = $    3,730.02


Respectfully submitted,

  /s/ Josephine J. Miceli
Josephine J. Miceli
Attorney for Bank of America as successor by merger to BAC Home Loans Inc.

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-029107

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**